1  Baruch C. Cohen, Esq. (SBN 159455)
2  **LAW OFFICE OF BARUCH C. COHEN**
       A Professional Law Corporation
3  4929 Wilshire Boulevard, Suite 940
   Los Angeles, California 90010
4  (323) 937-4501      Fax (888) 316-6107
   e-mail: baruchcohen@baruchcohenesq.com
5
6  *Attorney for Defendant Guy Griffithe*



FILED & ENTERED

MAR 04 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber   DEPUTY CLERK

7
                                        CHANGES MADE BY COURT
8              **UNITED STATES BANKRUPTCY COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10                    **SANTA ANA DIVISION**
11
12
13  In re                              Case No. 8:19-bk-12480-TA
14  GUY GRIFFITHE,                     Adv. 8:19-ap-01200-TA
15       Debtor.                       Before the Honorable Theodor C. Albert
16  JOSEPH & BRENDA SAMEC,             Chapter 7
17           Plaintiff                 **ORDER GRANTING MOTION TO**
18  vs.                                **WITHDRAW AS COUNSEL OF RECORD**
                                       **FOR DEFENDANT GUY GRIFFITHE**
19  GUY GRIFFITHE
20           Defendant                 ***Hearing Held:***
                                       Date: 2-27-2020
21                                     Time: 11:00am
                                       Courtroom: 5B
22                                     Place: 411 West Fourth Street, Santa Ana CA

23       The hearing on the Motion to Withdraw as Counsel of Record for Defendant Guy Griffithe

24  brought by attorney Baruch C. Cohen (hereinafter referred to as "Cohen"), was held at the above-

25  captioned date time and place. Appearing on CourtCall was Baruch C. Cohen for Defendant Guy

26  Griffithe, and Defendant Guy Griffithe who appeared in Court. For good cause, this Court orders

27  as follows:

28
                                        1

The Motion to Withdraw as Counsel of Record for Defendant Guy Griffithe is hereby **GRANTED.**

1. The withdrawal shall be effective within 30 days of the entry of this Order or when Griffithe has retained new counsel, whichever is sooner.

2. Griffithe ~~shall~~ **may** file ~~immediately~~, *in pro per*, **either** a Motion to Continue the Briefing Schedule on the Motion to Dismiss re Cannabis **or a stipulation with the various parties requesting a continuance of the Motions to Dismiss for about 30 days.** ~~for 30 days out~~.

**IT IS HEREBY ORDERED.**

### ###

Date: March 4, 2020

Theodor C. Albert
United States Bankruptcy Judge